SEALED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 12cr-10168-<br>VIOLATION |
| | ) | |
| | ) | COUNT I |
| | ) | 18 U.S.C. § 2252(a)(1) |
| | ) | Transportation of Child |
| v. | ) | Pornography |
| | ) | |
| | ) | Count II |
| | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | Possession of Child |
| TODD M. CORBETT, a/k/a | ) | Pornography |
| "tmcboston," a/k/a | ) | |
| "Todd15" | ) | 18 U.S.C. § 2253 |
| | ) | Criminal Forfeiture Allegation |
| | ) | |

**INDICTMENT**

COUNT ONE:  18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography

The Grand Jury charges that:

On or about July 2, 2009, within the District of Massachusetts, and elsewhere,

TODD M. CORBETT, a/k/a
"tmcboston," a/k/a,
"Todd15,"

defendant herein, knowingly transported and shipped visual depictions using any means or

facility of interstate and foreign commerce and in or affecting such commerce, by any means

including by computer, where the producing of such visual depictions involved the use of minors

engaging in sexually explicit conduct and such depictions were of such conduct, that is: TODD

M. CORBETT transported and shipped computer files which contained visual depictions of

minors under the age of 18 years engaging in sexually explicit conduct as defined in Title 18,

1

United States Code, Section 2256(2)(A), such as the computer files listed below:

| Files |
|---|
| @Teaching.jpg |
| 3 someb.jpg |

All in violation of Title 18, United States Code, Section 2252(a)(1).

COUNT TWO: 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

The Grand Jury further charges that:

On or about March 30, 2010, within the District of Massachusetts,

TODD M. CORBETT, a/k/a
"tmcboston," a/k/a,
"Todd15,"

defendant herein, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter, which contained visual depictions that had been mailed, and had been shipped and transported using any means and facility of interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, by any means including by computer, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that is: TODD M. CORBETT knowingly possessed a computer which contained visual depictions of minors under the age of 18 years engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), including, but not limited to, the visual depictions listed below:

| Files |
| --- |
| american boy - 7yo boy sucks man mamadin_peloncin.mpg |
| 8y0 Boy Fucked with Reggaeton.mpg |

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

3

## FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

The Grand Jury further charges that:

1.      The allegations of Counts One and Two of this Indictment are hereby re-alleged and are incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

2.      Upon conviction of any of the offenses in violation of 18 U.S.C. § 2252 set forth in Counts One and Two of this Indictment,

TODD M. CORBETT, a/k/a
"tmcboston," a/k/a,
"Todd15,"

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property. The property to be forfeited includes, but is not limited to, items seized by law enforcement on March 30, 2010 from the defendant's residence.

3.      If any of the property described in Paragraph 2 above, as a result of any act or omission of the defendant -

(a) cannot be located upon the exercise of due diligence;

4

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intention of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C.

§ 853(p), to seek forfeiture of any other property of the defendant up to the value of the property

described in subparagraphs (a) through (e) of this paragraph.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

MAXIM GRINBERG
ASSISTANT UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS; June __6__, 2012

Returned into the District Court by the Grand Jurors and filed.

Thomas _____ 6/6/2012
DEPUTY CLERK          @ 11:45am

6